UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DANIEL,  No. C 07-3350 MHP (pr)

    Plaintiff,  **ORDER OF DISMISSAL**

    v.

MICHAEL HENNESSEY, etc., et al.,

    Defendants.
_____/

    This pro se civil action was filed on June 26, 2007, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or submit an in forma pauperis application. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action. In light of the dismissal, plaintiff's "motion to bring about civil law suit against the San Francisco Sheriff's Department" is dismissed as moot. (Docket # 1.) The clerk shall close the file.

    IT IS SO ORDERED.

DATED: January 10, 2008

_____
Marilyn Hall Patel
United States District Judge