UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID L. DANIEL,

        Plaintiff,

  v.

MICHAEL HENNESSEY et al,

        Defendant.

Case Number: CV07-03350 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David L. Daniel 407720
San Francisco County Jail
850 Bryant Street
6th Floor
San Francisco, CA 94103

Dated: January 11, 2008

                                    Richard W. Wieking, Clerk
                                    By: Anthony Bowser, Deputy Clerk