**United States District Court**
For the Northern District of California

1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA
7
8   DAVID DANIEL,                          No. C 07-3350 MHP (pr)
9            Plaintiff,                    **JUDGMENT**
10       v.
11  MICHAEL HENNESSEY, etc., et al.,
12           Defendants.
13  _____/
14       This action is dismissed without prejudice to plaintiff filing a new action for which he
15  pays the filing fee or submits a completed in forma pauperis application.
16
17       IT IS SO ORDERED AND ADJUDGED.
18
19  DATED: January 10, 2008                _____
20                                         Marilyn Hall Patel
                                           United States District Judge
21
22
23
24
25
26
27
28